No. 76–6490.  CHANNEL v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 76–6495.  CHAPMAN v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–6500.  PERKINS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–6501.  SPANIER v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–6508.  BAAITH, AKA CURTIS v. UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 76–6510.  MEEKS ET AL. v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 76–6539.  DYER v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–1219.  GRUTKA v. BARBOUR, REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD, ET AL.  C. A. 7th Cir. Motions of General Conference of Seventh-day Adventists and American Baptist Churches in the USA for leave to file briefs as *amici curiae* granted.  Certiorari denied.

No. 76–1249.  DAY v. AVERY ET AL.  C. A. D. C. Cir.  Certiorari denied.  MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 76–1270.  NEW YORK v. LUIS J.  Ct. App. N. Y.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.  THE CHIEF JUSTICE and MR. JUSTICE WHITE would grant certiorari.